IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| STEVE SMITH, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 6:13-cv-00102-DCR |
| MIDLAND FUNDING, LLC, | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Steve Smith ("Plaintiff") and defendant Midland Funding, LLC ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Defendant in the above-styled action, with Plaintiff and Defendant to bear their own fees, costs and expenses.

Respectfully submitted this 15th day of October, 2013.

| | |
|---|---|
| *s/ James H. Lawson* | */s/ Reid S. Manley* |
| James H. Lawson | Reid S. Manley |
| Attorney for Plaintiff | Attorney for Defendant |
| Lawson at Law, PLLC | Burr & Forman LLP |
| 10600 Timberwood Circle, Suite 1 | 420 North 20th Street, Suite 3400 |
| Louisville, Kentucky 42203 | Birmingham, AL 35203 |
| james@kyclc.com | rmanley@burr.com |
| Telephone: (502) 473-6525 | Telephone: (205) 251-3000 |